UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. PEROTTI,

        Plaintiff,

v.                                              No. 05-60172

MS. MARBERRY et al.,               HON. JOHN CORBETT O'MEARA

        Defendants,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE PEPE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation as well as any objections filed thereto,

**IT IS ORDERED** that the Reports and Recommendations are **ADOPTED** and entered as the findings and conclusions of this Court.

                            s/John Corbett O'Meara
                            John Corbett O'Meara
                            United States District Judge

Dated: June 1, 2006

Copies:

**John Perotti**
39656-060
USP MCCREARY
P.O. Box 3000
Pine Knot, KY 42635

geneva.halliday@usdoj.gov