UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. PEROTTI,

    Plaintiff,

v.                                    No. 05-60172

MS. MARBERRY et al.,         HON. JOHN CORBETT O'MEARA

    Defendants,

_____/

## JUDGMENT

This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

**IT IS ORDERED** and **ADJUDGED** that plaintiff's complaint is **DISMISSED** against all defendants for failure to exhaust administrative remedies against all defendants.

**IT IS FURTHER ORDERED** that the following motions are **DISMISSED AS MOOT:**

1. Defendant Tapia's Motion to Dismiss (Dkt. #22).

2. Plaintiff's Motion to Compel (Dkt. #26).

3. Defendants Foche, LNU, Jason and Tapia's Motion to Dismiss (Dkt. #28).

4. Defendants Fritsch, Favre, Sacco, Kaucheck and Guzic's Motion to Dismiss (Dkt. #36).

5. Defendant Tapia's Motion for Judgment on the Pleadings (Dkt. #37).

6. Plaintiff's Motion to Appoint Counsel (Dkt. #42).

7. Plaintiff's Motion to Extend Time to Respond (Dkt. #48).

8. Plaintiff's Motion to Strike (Dkt. #51).

9. Plaintiff's Motion to Appoint expert witness (Dkt. #54).

10. Plaintiff's Motion to Strike Supplemental Document (Dkt. #61).

11. Plaintiff's Motion for Reconsideration (Dkt. #18) and

12. Plaintiff's Motion for an Order to release funds (Dkt. #57)

Dated at Ann Arbor, Michigan this   1ST   day of June,  2006.

DAVID WEAVER, CLERK

s/John Corbett O'Meara
Denise Goodine, Deputy Clerk

APPROVED:

s/John Corbett O'Meara
JOHN CORBETT, O'MEARA
UNITED STATES DISTRICT JUDGE

Copies:
**John Perotti**
39656-060
USP MCCREARY
P.O. Box 3000
Pine Knot, KY 42635

geneva.halliday@usdoj.gov