UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. PEROTTI,                                No. 05-60172

        Plaintiff,                         District Judge John Corbett O'Meara

v.                                           Magistrate Judge R. Steven Whalen

MS. MARLBERRY, ET AL.,

        Defendants.

_____/

## ORDER

On April 22, 2010, Plaintiff moved to amend his complaint. However, he did not attach a copy of his proposed amended complaint to his motion. The Defendants have filed a motion to compel him to do so [Docket #112].

E.D. Mich. Local Rule 15.1 directs that "[a] party who moves to amend a pleading shall attach the proposed amended pleading to the motion." Therefore, Defendants' motion to compel the filing of a proposed amended complaint [Docket #112] is GRANTED.

Plaintiff's originally filed motion to amend complaint [Docket #110] is hereby STRICKEN.

Within 21 days of the date of this Order, Plaintiff shall re-file his motion to amend complaint, and shall attach to it a copy of his proposed amended complaint.

IT IS SO ORDERED.

                          S/R. Steven Whalen
                          R. STEVEN WHALEN
                          UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 7, 2010.

                          S/G. Wilson
                          Judicial Assistant