UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. PEROTTI,

        Plaintiff,

                                  Case No. 05-60172

v.

                                  Hon.  John Corbett O'Meara

MS. MARLBERRY, *et al.,*

        Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The court having reviewed Magistrate Judge R. Steven Whalen's report and recommendation, filed June 8, 2010, as well as Plaintiff's objection and Defendants' response thereto, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted by this court.

IT IS FURTHER ORDERED that Plaintiff's motion for temporary restraining order/preliminary injunction, filed January 7, 2010, is DENIED.


                                s/John Corbett O'Meara
                                United States District Judge

Date:  July 21, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 21, 2010, using the ECF system and/or ordinary mail.


s/William Barkholz

Case Manager