UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. PEROTTI,

        Plaintiff,                    Case no. 05-60172
                                            Honorable John Corbett O'Meara

v.

MS. MARLBERRY, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court having reviewed Magistrate Judge R. Steven Whalen's January 30, 2012, Report and Recommendation, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation ADOPTED by this court.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss, filed August 22, 2011 is GRANTED, and the complaint against Defendants Place and Stech is DISMISSED with prejudice.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: March 19, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 19, 2012, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager