UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. PEROTTI,                              No. 05-60172

                    Plaintiff,               District Judge Laurie J. Michelson

v.                                           Magistrate Judge R. Steven Whalen

MS. MARLBERRY, ET AL.,

                    Defendants.
_____/

**ORDER DENYING WITHOUT PREJUDICE DOC. # 249 and #250
AND SCHEDULING STATUS CONFERENCE**

Plaintiff John W. Perotti has filed a motion to amend his prayer for relief and

extend the discovery deadline [Doc. #249], and a motion for default judgment and/or

sanctions for refusal to comply with a subpoena [Doc. #250]. These motions were filed

*pro se*, after Plaintiff's former counsel filed a notice of withdrawal. Since that time, the

Court has appointed attorney Daniel E. Manville, Director of Michigan State University

Law School's Civil Right Clinic, to represent Plaintiff [Doc. #260]. It would therefore be

prudent for the parties and the Court to reassess these motions after Plaintiff has

consulted with his counsel, and after the Court schedules a status conference.[1]

Therefore, Plaintiff's motion to amend and to extend discovery [Doc. #249] and

his motion for sanctions [Doc. #250] are DENIED WITHOUT PREJUDICE.

Counsel for the parties will appear for a status conference before the Honorable R.

Steven Whalen, Executive Magistrate Judge, at the following date, time, and place:

_____

[1] I will note that now that Plaintiff is represented, I am inclined to extend
discovery. This will be discussed at the status conference.

-1-

Wednesday, February 13 @ 10:00 a.m.
Room 635, United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 28, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 28, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen
